IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA AARON YOUNGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. JAMES WOOD et al.,<br><br>　　　　Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 1:18-CV-62<br><br>District Judge Clark Waddoups |

　　　　The Court has directed the United States Marshals Service (USMS) to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2). To do so, by statute, the USMS "shall command all necessary assistance to execute its duties." *See* 28 U.S.C.S. § 556(c) (2020).

　　　　The Complaint identifies the following Davis County employees/affiliates as defendants:

**JOHN WOOD & JAMES ORNICK.**

　　　　If a named defendant is no longer employed by the County or that entity is not authorized to accept service for a defendant, more information must be obtained from the County to complete service.

　　　　Accordingly, **IT IS ORDERED** that: If the County is unable to accept service of process for a defendant identified above, the County shall disclose to USMS any information in its records that may help in identifying, locating and completing service of process upon the named defendant. Such information shall include, but is not limited to, the defendant's full name and any known aliases, date of birth, Social Security number, driver's license number, all previous addresses, and last known address on file. The USMS shall take all necessary measures to

safeguard any personal information provided by the County to ensure that it is not disclosed to anyone other than the USMS or Court officers.

**IT IS SO ORDERED**.

DATED this 16th day of April, 2020.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge